UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| CHRISTOPHER CARR, ROXANNE CLAYTON AND BRIAN BENNETT, </br></br>　　Plaintiffs,</br></br>vs.</br></br>INTERNATIONAL GAME TECH., et al.,</br></br>　　Defendants. | 3:09-CV-00584-ECR-RAM </br></br></br>MINUTES OF THE COURT</br></br>DATE: September 15, 2010 |
| RANDOLPH K. JORDAN and KIMBERLY J. JORDAN,</br></br>　　Plaintiffs,</br></br>vs.</br></br>INTERNATIONAL GAME TECH., et al.,</br></br>　　Defendants. | 3:09-CV-00585-ECR-RAM |

PRESENT:    EDWARD C. REED, JR.                              U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN        Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                    NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

　　**IT IS HEREBY ORDERED** that Defendants' Motion (#68) and Motion (#69), filed on August 12, 2010 and August 24, 2010, to file supplemental authority in support of the motion to dismiss the consolidated class action complaint are **GRANTED**. The Motions (#68 and #69) are treated as motions to supplement the reply brief filed by Defendants in support of their motion.

　　Plaintiffs shall have fourteen (14) days within which time to respond to the supplements to the reply. There will be no further pleading with respect to the Motions (#68 and #69).

　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK
　　　　　　　　　　　　　　　　　　　　　　By _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk