```
                     UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
                            RENO, NEVADA
```

| | | |
|---|---|---|
| CHRISTOPHER CARR, ROXANNE CLAYTON AND BRIAN BENNETT, | ) ) ) | 3:09-CV-00584-ECR-RAM |
|     Plaintiffs, | ) ) | MINUTES OF THE COURT |
| vs. | ) ) | DATE: October 12, 2010 |
| INTERNATIONAL GAME TECH., et al., | ) ) | |
|     Defendants. | ) ) ) | |
| RANDOLPH K. JORDAN and KIMBERLY J. JORDAN, | ) ) ) | 3:09-CV-00585-ECR-RAM |
|     Plaintiffs, | ) ) | |
| vs. | ) ) | |
| INTERNATIONAL GAME TECH., et al., | ) ) | |
|     Defendants. | ) ) | |

PRESENT:     EDWARD C. REED, JR.                            U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN        Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    **IT IS HEREBY ORDERED** that Defendants' Motion (#72), filed on October 4, 2010, to file supplemental authority in support of the Motion to Dismiss (#40) Consolidated Class Action Complaint (#36) is **GRANTED**.  Our previous Order (#70) indicated that no further pleading would be received.  However, the additional authority presented should be allowed in this situation.

```
                                        LANCE S. WILSON, CLERK
                                        By        /s/
                                              Deputy Clerk
```